


**Government Exhibit 4**
Case 24-CR-00026